UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL GOMEZ, | ) | Case No. CV 12-6043 JC |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R. BARNES, Warden, | ) ) ) | |
| Respondent. | ) | |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, that Claim 1 therein is dismissed without prejudice, and that the remaining claims therein are dismissed with prejudice.

   IT IS SO ADJUDGED.

DATED: April 13, 2015

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE